

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

WASHINGTON, D. C. 20001

Date: 11-15-2013



The Honorable Angela Caesar, Clerk
United States District Court for the District of Columbia
3rd and Constitution Avenue, Washington, D.C. 20001

**In Re: Kolawole J. Akinadewo, et. al. vs. The District of Columbia, et. al.**

**Civil Action Number: 13-CA-7525**

13cv1752 ESH

Dear Ms. Angela Caesar:

    Transmitted herewith are all of the pleadings filed in the above captioned case pursuant to a Petition for Removal Filed on November 6, 2013. This case consists of 1 volume(s). A certified copy of the docket entries is also enclosed.

    Please acknowledge receipt of our file on the duplicate copy of this letter, and return it to this Court.

Sincerely,

Derrick Monroe, Branch Chief
Civil Actions Branch

By: _____

| Case Number | Status | | Judge |
|---|---|---|---|
| 2013 CA 007525 B | Closed | | MOTT, JOHN M |

| In The Matter Of | | | Action |
|---|---|---|---|
| AKINADEWO, KOLAWOLE J. et al  Vs. THE DISTRICT OF COLUMBIA et al | | | Complaint for Malicious Interference Filed |

| Party | | Attorneys | |
|---|---|---|---|
| AKINADEWO, KOLAWOLE J. | PLNTF | WELCH, RICHARD C | |
| THE DISTRICT OF COLUMBIA | DFNDT | | |
| OLORUNFEMI, ROTIMI | PLNTF | WELCH, RICHARD C | |
| MAZANDERAN, ROUZBEH | PLNTF | WELCH, RICHARD C | |
| RUFFIN, ANDRE | PLNTF | WELCH, RICHARD C | |
| THORNE, EARL | PLNTF | WELCH, RICHARD C | |
| CLARK, EARHTA | PLNTF | WELCH, RICHARD C | |
| TESSEMA, GIRMA | PLNTF | WELCH, RICHARD C | |
| BLACK, JESSE | PLNTF | WELCH, RICHARD C | |
| ZEWDU, MANNY | PLNTF | WELCH, RICHARD C | |
| GEBRESALASSIE, ADDIS | PLNTF | WELCH, RICHARD C | |
| WASHINGTON D.C. METRO AREA TAXI OPERATORS ASSOCIAT | PLNTF | WELCH, RICHARD C | |
| THE DISTRICT OF COLUMBIA | DFNDT | GRAHAM, GRACE | |
| DISTRICT OF COLUMBIA TAXICAB COMMISSION | DFNDT | GRAHAM, GRACE | |

| Opened | Disposed | Case Type |
|---|---|---|
| 11/05/2013 | Removal-Notice of Removal To USDC | Civil II |

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees | Amount Owed/ | Balance Due |
|---|---|---|---|---|
| | | Journal Book-Page-Nbr    Ref Nbr | Amount Dismissed | |
| 1 | 11/15/13 | Notice of Hearing Mailed Next Business Day | 0.00 | |
| | | | | 0.00 |
| | | Notice Of Removal | | |
| | | Sent on:  11/15/2013  11:48:14.79 | | |

2013 CA 007525 B    AKINADEWO, KOLAWOLE J. et al   Vs. THE DISTRICT OF COLUMBIA et al

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr   Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 2 | 11/15/13 | Event Resulted:<br>The following event: Initial Scheduling Conference-60 scheduled for 02/07/2014 at 10:00 am has been resulted as follows:<br><br>Result: Event Not Held Case Dismissed<br>Judge: MOTT, JOHN M    Location: Courtroom 221 | 0.00 | 0.00 |
| 3 | 11/13/13 | Event Resulted:<br>The following event: Hearing on Temporary Restraining Order scheduled for 11/13/2013 at 9:00 am has been resulted as follows:<br><br>Result: Temporary Restraining Order Hearing Not Held<br>Judge: WERTHEIM, RONALD    Location: Judge In Chambers, Room 4220<br><br>NOTICE OF REMOVAL FILED on 11/06/13 | 0.00 | 0.00 |
| 4 | 11/08/13 | Issue Date:  11/08/2013<br>Service:   Summons Issued<br>Method:    Service Issued<br>Cost Per:  $<br><br>THE DISTRICT OF COLUMBIA<br>1350 Pennsylvania Avenue NW<br>WASHINGTON, DC   20001<br>Tracking No: 5000140009<br><br>DISTRICT OF COLUMBIA TAXICAB COMMISSION<br>2041 Martin Luther King Jr Avenue SE<br>Suite 204<br>WASHINGTON, DC   20020<br>Tracking No: 5000140010<br><br>THE DISTRICT OF COLUMBIA<br>Tracking No: 5000140011 | 0.00 | 0.00 |
| 5 | 11/07/13 | Notice of Hearing on Plaintiff's Request for Temporary Restraining Order given to Plaintiff to serve with Motion on: 11/06/13 | 0.00 | 0.00 |
| 6 | 11/07/13 | Event Scheduled<br>Event: Hearing on Temporary Restraining Order<br>Date: 11/13/2013    Time: 9:00 am<br>Judge: JUDGE-IN-CHAMBERS    Location: Judge In Chambers, Room 4220 | 0.00 | 0.00 |
| 7 | 11/06/13 | Notice of Removal to USDC for the District of Columbia. 13cv1752 | 0.00 | 0.00 |

2013 CA 007525 B    AKINADEWO, KOLAWOLE J. et al  Vs. THE DISTRICT OF COLUMBIA et al

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr   Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 8 | 11/06/13 | Additional eFiling Document to Notice of Removal to USDC Filed. Submitted. 11/06/2013 18:14. arr. Attorney: GRAHAM, GRACE (472878) | 0.00 | 0.00 |
| 9 | 11/06/13 | Notice of Removal to USDC Filed. Submitted. 11/06/2013 18:14. arr. Attorney: GRAHAM, GRACE (472878) THE DISTRICT OF COLUMBIA (Defendant); | 0.00 | 0.00 |
| 10 | 11/05/13 | Motion for Preliminary Injunction Filed Attorney: WELCH, RICHARD C (485756) KOLAWOLE J. AKINADEWO (PLAINTIFF); Receipt: 266652   Date: 11/05/2013 | 20.00 | 0.00 |
| 11 | 11/05/13 | Motion for Temporary Restraining Order Filed Attorney: WELCH, RICHARD C (485756) KOLAWOLE J. AKINADEWO (PLAINTIFF); Receipt: 266652   Date: 11/05/2013 | 20.00 | 0.00 |
| 12 | 11/05/13 | Additional Summons on DC Attorney: WELCH, RICHARD C (485756) THE DISTRICT OF COLUMBIA (Defendant); Receipt: 266652   Date: 11/05/2013 | 10.00 | 0.00 |
| 13 | 11/05/13 | Event Scheduled Event: Initial Scheduling Conference-60 Date: 02/07/2014   Time: 10:00 am Judge: MOTT, JOHN M   Location: Courtroom 221 | 0.00 | 0.00 |
| 14 | 11/05/13 | Complaint for Malicious Interference Filed Attorney: WELCH, RICHARD C (485756) KOLAWOLE J. AKINADEWO (PLAINTIFF); Receipt: 266652   Date: 11/05/2013 | 120.00 | 0.00 |

|  | Totals By: | Cost | 170.00 | 0.00 |
|---|---|---|---|---|
|  |  | Information | 0.00 | 0.00 |

*** End of Report ***

A TRUE COPY
TEST: 11-15-2013

C.         ...mbia
By _____
              Deputy Clerk